# Court of Appeals
# of the State of Georgia

ATLANTA, __December 21, 2017__

*The Court of Appeals hereby passes the following order:*

**A18A0683.  HUNNICUTT v. THE STATE.**

Upon consideration of the State's Motion to Remand, the motion is hereby GRANTED. The Court recognizes that the State has since moved to withdraw this motion, having indicated that the March 24, 2017 transcript has since been completed, however, the Clerk of Court of the Superior Court of Fulton County has informed this Court that this transcript is still not filed as part of the record below. Accordingly, the Motion to Withdraw the Motion to Remand is hereby DENIED.

Accordingly, the State's Motion for Extension of Time to File Brief and defendant's Request for Oral Argument are hereby DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/21/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*